IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-cv-00483-M-RN

UNITED STATES OF AMERICA *ex rel.*
K3 ANALYTICS, LLC,

    Plaintiffs,

v.

BAKER ROOFING COMPANY, LLC f/k/a
BAKER ROOMING COMPANY,

    Defendant.

ORDER
(UNDER SEAL)

This matter comes before the court on the United States' Notice of Declination and Settlement and Request to Unseal [DE 18]. The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730Z(b)(4)(B), the court ORDERS as follows:

1. The Relator's Complaint, notice of appearance, the United States' first and second motions to extend the seal period, the court's orders granting those motions, the Notice of Declination, and this order shall be unsealed, but the various accompanying memoranda in support of those motions shall remain under seal;

2. All other contents in the court's file in this action shall remain under seal and shall not be made public or served upon the defendants;

3. The seal shall be lifted as to all other matters occurring in this action after the date of this order;

4. Should Relator pursue this matter further, the parties shall serve all pleadings and motions in this action, including supporting memoranda, upon the United States, as provided for

in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. Should Relator pursue this matter further, the parties shall serve all notices of appeal upon the United States; and

6. Should Relator pursue this matter further, all orders of this court shall be sent to the United States.

SO ORDERED this 4th day of August, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE